AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**DANIEL KNAPP,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

CASE NO.  C2-09-414

**HARTFORD LIFE AND**    JUDGE EDMUND A. SARGUS, JR.
**ACCIDENT  INSURANCE**    MAGISTRATE JUDGE E. A. PRESTON DEAVERS
**COMPANY,**

        **Defendants.**

\_\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed September 23, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 23, 2010          JAMES BONINI, CLERK

         */S/ Andy F. Quisumbing*
         (By) Andy F. Quisumbing
         Courtroom Deputy Clerk