IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DANIEL KNAPP,

    Plaintiff,

v.

    Case No. 2:09-cv-414
    Judge Sargus
    Magistrate Judge Deavers

HARTFORD LIFE AND
ACCIDENT INSURANCE COMPANY,

    Defendant.

## ORDER

Plaintiff's unopposed Motion to Stay Consideration of Plaintiff's Motion for Attorney's Fees (Doc. 21) is **GRANTED**. The Clerk is directed to remove Plaintiff's Motion for Attorney's Fees (Doc 18) from the Court's pending motions list. By separate motion, Plaintiff may request the Court to reactivate Document 18 after Defendant has completed its review of Plaintiff's case on remand.

**IT IS SO ORDERED.**

11-16-2010
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE